UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEIGHTON HILLS (#372996)

VERSUS

HOWARD PRINCE, ET AL

CIVIL ACTION

NUMBER 11-228-BAJ-SCR

**RULING**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger on July 25, 2011. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the petition of Leighton Hills for habeas corpus relief shall be dismissed, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d).

Baton Rouge, Louisiana, August 31, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA